68 F.3d 456
 Metropolitan Pittsburgh Crusade for Voters, Thomas B. Smith,
Florence Bridges, Roy A. Holmes, Reginald D. Plato, Issac J.
Saxon, Claude J. Jones, Isaac Wade, Ronald L. Suber,
Marshall Ross Citizens' Committee for Full and Fair Empowerment
v.
City of Pittsburgh, Penna., Richard Caliguiri, Mayor, Eugene
Depasquale, Ben Woods, Mark Pollock, Sophie Masloff,
Michelle Maddoff, Richard Givens, Stephen Grabowski, Jack
Wagner, James O'Malley, Members of Pittsburgh City
 NO. 94-3477
 United States Court of Appeals,
Third Circuit.
 Sept 19, 1995
 
 Appeal From: W.D.Pa., No. 86-cv-00173,
 Ziegler, J.,
 
 Appealing after remand 964 F.2d 244
 
 1
 AFFIRMED.